E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK (Cal. Bar No. 309254)
Assistant United States Attorney
Chief, National Security Division
CHRISTINE M. RO (Cal Bar No. 285401)
SARAH E. GERDES (Cal Bar No. 306015)
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-0141
     E-mail:    annamartine.salick@usdoj.gov
                christine.ro@usdoj.gov
                sarah.gerdes@usdoj.gov
                kathrynne.seiden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:23-cr-00372-RGK |
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF KATHRYNNE N. SEIDEN |
| v. | |
| WENHENG ZHAO, a.k.a. "Thomas Zhao," | **(UNDER SEAL)** |
| Defendant. | |

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrant for the charged defendant) be kept under seal until August 3, 2023, at 6:00 a.m. PST, at which point the indictment shall be automatically unsealed.

//

//

//

This *ex parte* application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Kathrynne N. Seiden.

Dated: July 27, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

*/s/ Kathrynne Seiden*
KATHRYNNE N. SEIDEN
CHRISTINE M. RO
SARAH E. GERDES
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF KATHRYNNE N. SEIDEN**

I, Kathrynne N. Seiden, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys assigned to represent the government in the prosecution of United States v. Wenheng Zhao, the indictment which is being presented to a federal grand jury in the Central District of California on July 28, 2023.

2. Defendant has not been taken into custody on the charges contained in the indictment and has not been informed that he is being named as a defendant in the indictment to be presented to the grand jury on July 28, 2023. The likelihood of apprehending defendant might be jeopardized if the indictment in this case were made publicly available before defendant is taken into custody on the indictment.

3. The government anticipates that it will arrest defendant on August 2, 2023, and will execute various search warrants that same day. The government also anticipates conducting interviews of persons associated with defendant throughout the day on August 2, 2023. The execution of those warrants and interviews may be jeopardized if knowledge of the indictment becomes public before the government is able to complete its operation.

4. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrant) be sealed and remain so until 6:00 a.m. PST on August 3, 2023.

//
//
//

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 27, 2023.

_____
KATHRYNNE N. SEIDEN