## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:23-cr-00372-RGK |
| Date | August 18, 2023 |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

Interpreter  N/A

| Joseph Remigio | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Wenheng Zhao | Not | X | | Not Present | Not | | X |

**Proceedings:** **(IN CHAMBERS) ORDER**

The Court is in receipt of the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention [24].

The Court sets the following briefing schedule:
Government position (not to exceed 5 pages) - August 25, 2023
Pretrial Services position (not to exceed 5 pages) -  August 25, 2023
Defense reply, if any (not to exceed 5 pages) - September 1, 2023

The Court will then deem the matter submitted upon the filing of or expiry of the defense reply, and will issue a determination.

**IT IS SO ORDERED.**

                                                                                                        _____ : _____
                                                          Initials of Deputy Clerk   jre

cc:   PSA-LA