Name & Address:
Kathrynne N. Seiden (Cal. Bar No. 310902)
United States Attorney's Office
312 N. Spring Street Ste. 1500
Los Angeles, CA 90026
(213) 894-0631

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 23-CR-372-RGK |
| v. | |
| Wenheng Zhao, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Exhibit B to Government's Opposition to Motion for Redetermination of Custody Status

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

9/22/2023
Date

Kathrynne N. Seiden
Attorney Name
United States of America
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)          **NOTICE OF MANUAL FILING OR LODGING**